# United States Court of Appeals
#### For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 14-7137** | **September Term, 2014** |
| | 1:13-cv-00454-CRC |
| | **Filed On:** June 23, 2015 |

In the Matter of: Stephen Thomas Yelverton,
-------------------------------

Stephen Thomas Yelverton,

    Appellant

  v.

Wendell W. Webster,

    Appellee

_____

**No. 14-7147**

1:13-cv-01544-CRC

In the Matter of: Stephen Thomas Yelverton,
-------------------------------

Stephen Thomas Yelverton,

    Appellant

  v.

Wendell W. Webster, et al.,

    Appellees

_____

**No. 14-7149**

1:12-cv-01539-CRC

In the Matter of: Stephen Thomas Yelverton,
-------------------------------

Stephen Thomas Yelverton,

    Appellant

  v.

Wendell W. Webster, Chapter 7 Trustee, et al.,

    Appellees

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 14-7137**                                                                                              **September Term, 2014**

**BEFORE:**   Henderson, Srinivasan, and Pillard, Circuit Judges

## O R D E R

Upon consideration of the request for judicial notice and request for remand to the Bankruptcy Court filed in Nos. 14-7137, 14-7147, and 14-7149; appellees' oppositions thereto, and the replies, it is

**ORDERED** that the request for judicial notice of a "newly issued decision by the Supreme Court of the United States" be denied as unnecessary, as this court may always consider such authority. The appropriate means of bringing supplemental authority to the court's attention would be by a letter filed pursuant to Federal Rule of Appellate Procedure 28(j). It is

**FURTHER ORDERED** that the request for remand be denied. Appellant has not shown any basis for a remand.

**Per Curiam**

                                           **FOR THE COURT:**
                                           Mark J. Langer, Clerk

                    BY:   /s/
                            Ken Meadows
                            Deputy Clerk