# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 14-7149**  **September Term, 2014**

**1:12-cv-01539-CRC**

**Filed On:** June 23, 2015

In the Matter of: Stephen Thomas Yelverton,

------------------------------

Stephen Thomas Yelverton,

    Appellant

  v.

Wendell W. Webster, Chapter 7 Trustee, et al.,

    Appellees

**BEFORE:** Garland, Chief Judge, and Henderson, Rogers, Tatel, Brown, Griffith, Kavanaugh, Srinivasan, Millett, Pillard, and Wilkins,* Circuit Judges

### O R D E R

Upon consideration of the petition for rehearing en banc, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition be denied.

### Per Curiam

                           **FOR THE COURT:**
                           Mark J. Langer, Clerk

              BY:    /s/
                     Ken Meadows
                     Deputy Clerk

*Circuit Judge Wilkins did not participate in this matter.